March 27, 1975.

M. P. No. 75-58. EDWARD C. TAVARES v. EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF PROVIDENCE *et al.* Petition for writ of certiorari is granted. The instant case is consolidated for the filing of briefs and hearing before this court with the case of *Tavares* v. *Employees' Retirement System,* No. 75-9-A. *Hawkins & Hoopis, Harry J. Hoopis,* for petitioner. *Louis A. Mascia,* City Solicitor, *Steven S. Saber,* Asst. City Solicitor, for respondent.

APPEAL No. 74-80. WALTER MICHALOWICZ *et al.* v. CAROL CABLE & WIRE CORP. Motion of the appellee to dismiss for failure to file a brief is denied as being moot. Motion to affirm the judgment below pursuant to Rule 16(g) is granted. *Joseph A. Capineri,* for appellant. *Feiner, Winsten & Greenwald, Harold H. Winsten, Edward E. Dillon, Jr.,* for appellee.

APPEAL No. 75-3. PATRICIA A. AMARAL v. MANUEL AMARAL, JR. Motion of appellee to dismiss the appeal and motion of appellant's counsel to withdraw are assigned to the calendar for April 7, 1975 for argument. *Paul J. DiMaio,* for appellant. *Robert R. Nocera,* for appellee.

March 31, 1975.

M. P. No. 74-53. HENRY LaPLUME v. JAMES W. MULLEN, *Warden.* Upon motion of the petitioner, this matter having been assigned for oral argument on April 8, 1975, it is reassigned to the May Continuous Argument Calendar. *John D. Lynch,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

APPEAL No. 75-29. AUGUSTO AMBROSINO v. RHODE ISLAND PERSONNEL APPEAL BOARD *et al.* No cause having been shown in response to the order of Court on February 21, 1975, the appeal of the plaintiff is dismissed. *Giovanni Folcarelli,* for plaintiff. *Julius C. Michaelson,* Attorney General, for defendant.